■ In the Matter of MURRAY GLANTZ, an Attorney. — Petition granted insofar as to suspend respondent from practice as an attorney and counselor at law in the State of New York effective July 14, 1983, until determination of his Federal appeal and until the further order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Sullivan and Alexander, JJ.

■ GRAPHIC SCANNING CORP. et al., Appellants, v PEOPLE PAGER, INC., et al., Respondents. (Action No. 1.) MAYER ZUCKERMAN, Respondent, v GRAPHIC SCANNING CORP., Appellant. (Action No. 2.) — Cross motion to correct this court's prior order (94 AD2d 981) granted insofar as to recall and vacate this court's order, entered on May 17, 1983 and to issue a new order and an accompanying memorandum decision. Judgment entered April 30, 1982 in Supreme Court, New York County (Arnold Fraiman, J.) dismissing the fourth and fifth causes in action No. 1 and directing that plaintiff-respondent in action No. 2 recover so much of the principal and interest payments on two notes, made by Graphic, as were deposited in an interest-bearing escrow account as of March 31, 1982, unanimously modified, on the law and the facts and in the exercise of discretion, defendants-appellants in action No. 2 are directed to release all payments of principal and interest which to date have been deposited in an interest-bearing escrow account, with interest and the judgment appealed from is otherwise affirmed, with costs. While the judgment below was correct, the hiatus between entry of judgment and decision on this appeal has effected a further corpus of principal and interest payments which have been held in escrow rather than being paid to plaintiff-respondent. The merits having been determined against defendants-appellants, they should turn over *all* the payments which have been directed into the escrow account, plus the interest which has accumulated. Concur — Kupferman, J. P., Ross, Carro, Asch and Silverman, JJ.

■ In the Matter of EDWARD A. WAGNER, an Attorney. — Reference order and, pending final determination of the petition, respondent is suspended from practice as an attorney and counselor at law in the State of New York effective July 14, 1983 and until the further order of this court. Concur — Sullivan, J. P., Silverman, Bloom, Milonas and Alexander, JJ.